**Dismiss and Opinion Filed April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01016-CV

### CAROL S. WARREN, Appellant
### V.
### SUNSET MORTGAGE COMPANY, LP, ET AL, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-08266**

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

Appellant's brief in this case is overdue. By postcard dated October 14, 2013, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. By order dated January 6, 2014, we granted appellant's second motion for extension of time to file her brief and ordered the brief filed by January 27, 2014. We cautioned appellant that no further extension of time would be granted absent extraordinary circumstances. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


131016F.P05



/Molly Francis/
MOLLY FRANCIS
JUSTICE

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CAROL S. WARREN, Appellant

No. 05-13-01016-CV          V.

SUNSET MORTGAGE COMPANY, LP,
ET AL, Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-08266.
Opinion delivered by Justice Francis.
Justices Moseley and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SUNSET MORTGAGE COMPANY, LP, EBONY STOKES, NEW CENTURY MORTGAGE CORPORATION, CARRINGTON MORTGAGE SERVICES, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2006-1 recover their costs of this appeal from appellant CAROL S. WARREN.

Judgment entered April 7, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–3–